*Daniel v. City of Peoria, et al*
Case No.: 14 CV 01232

# GROUP EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JONATHAN DANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 CV 01232 |
| v. | ) | |
| | ) | |
| THE CITY OF PEORIA, JIM ARDIS, | ) | |
| Mayor of Peoria, in his individual | ) | |
| capacity; PATRICK URICH, City | ) | Honorable James E. Shadid |
| Manager of Peoria, in his individual | ) | Magistrate Judge Schanzle-Haskins |
| capacity; CHRISTOPHER SETTI, | ) | |
| Assistant City Manager of Peoria, in his | ) | |
| individual capacity; SAM RIVERA, | ) | |
| Chief Information Officer for the City of | ) | |
| Peoria, in his individual capacity; | ) | |
| STEVEN SETTINGSGAARD, former | ) | |
| Chief of Police of the Peoria Police | ) | |
| Department, in his individual capacity; | ) | |
| Peoria Police Detectives JAMES | ) | |
| FEEHAN and STEVIE HUGHES, JR., | ) | |
| in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF JAMES FEEHAN**

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | ss. |
| PEORIA COUNTY | ) | |

I, James Feehan, having first been duly sworn upon my oath, depose and state as follows:

1. I am now and at all times relevant to the Complaint in this matter have been a detective with the City of Peoria, Illinois, police department. I have specific knowledge of all facts set forth below to which I can competently testify to as follows.

2. On March 11, 2014 at 10:55 AM, I viewed and captured a "screen shot" of the @peoriamayor Twitter account profile. The profile utilized Peoria Mayor Jim Ardis' photograph,

Ardis' actual email address "JArdis@peoriagov.org", and Ardis' actual website Uniform Resource Locator (URL) address "peoriagov.org/mayors-office/".

3. A true and accurate copy of the "screen shot" containing the above described information is attached as "Attachment A".

4. On March 14, 2014, I applied for and obtained a search warrant within the Tenth Judicial Circuit Court of Illinois requiring Twitter to provide subscriber information for the Twitter account, @peoriamayor.

5. On March 14, 2014, I executed the warrant by faxing that search warrant to Twitter.

6. On March 27, 2014, in response to the search warrant, Twitter provided subscriber information to this affiant regarding the @peoriamayor Twitter account.

7. That subscriber information provided by Twitter was in the form of a text file titled "peoriamayor-account.txt". Within that file was subscriber information indicating that the @peoriamayor Twitter account was created March 09, 2014 and was registered to jondani1235@gmail.com.

8. The text file further indicated that the account was created through the use of the internet protocol (IP) address 50.158.181.236, and that it was last updated on March 13, 2014.

9. A true and accurate copy of the text file containing the subscriber information is attached as "Attachment B".

10. At the bottom of "Attachment B" appear the handwritten words "Twitter Response". I wrote those words on the original of "Attachment B" sometime after I obtained it to remind myself of the nature of the document as the investigation went forward.

11. I am an adult, and if called upon to testify in this matter, I could competently testify to the facts stated herein.

## ATTESTATION

Under penalties of perjury pursuant to 28 U.S.C.A. § 1746, I, James C. Feehan, Jr., declare I am a Defendant in the above-captioned matter, that I have read the foregoing document and that the statements made herein are true, correct and complete to the best of my knowledge and belief. Executed on August 12, 2014.

/s/ James C. Feehan, Jr.
James C. Feehan, Jr., Detective
Peoria Police Department.

*Daniel v. City of Peoria, et al*
Case No.: 14 CV 01232

# ATTACHMENT A





**Jim Ardis** @peoriamayor · 11h
@SarahGfink sounds like someone's jealous there's plenty of jimmy baby to go around
View conversation

**Jim Ardis** @peoriamayor · 11h
Peoria..... hey man dirty? I was okay with that.... you were a good dirty town
Expand

**Jim Ardis** @peoriamayor · 11h
@SarahGfink I mean I dont
View conversation

**Jim Ardis** @peoriamayor · 11h
I wanna dick Anna Yee down
Expand

**Jim Ardis** @peoriamayor · 11h
@JournoBuedel great meth labs and the prostitutes are cheap
View conversation

**Jim Ardis** @peoriamayor · 12h
20 drinks a day for the last 5 months its jimmy baby
Expand

**Jim Ardis** @peoriamayor · 12h
@JustinGlawe @TwistOfHate @lukewalk92384  lol
View conversation

**Jim Ardis** @peoriamayor · 12h
Im bout to climb the civic center and do some lines on the roof who's in?
Expand

**Jim Ardis** @peoriamayor · 15h
Im thinking it's a tequila and stripper night  it's jimmy baby
Expand

**Jim Ardis** @peoriamayor · 20h
pic.twitter.com/HI7ueQEbd3

Between Two Ferns
#SXSW
#RuinABand
Zach Galifianakis
Revis
Phil Jackson
CIA
#motivation
Atlanta

© 2014 Twitter About Help Terms Privacy
Cookies Ads info Brand Blog Status Apps
Jobs Advertise Businesses Media
Developers

*Daniel v. City of Peoria, et al*
Case No.: 14 CV 01232

# ATTACHMENT B

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

account_id: 2381042538
created_at: 2014-03-09 21:22:08 +0000
updated_at: 2014-03-13 06:44:15 +0000
email: jondani1235@gmail.com
created_via: oauth:240182
screen_name: peoriamayor
creation_ip: 50.158.181.236
time_zone:
********************
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.5 (GNU/Linux)

iD8DBQFTIh28W/.\/PIge+SvERAo7kAJ4iYenmM950Ns2722khQeXo8ZmqMQCeNDaN
lwCLn1asJvqrKfR1<E3QmtpE=
=kwwE
-----END PGP SIGNATURE-----
```

*Twitter Response*